IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNION PACIFIC RAILROAD COMPANY,

            Plaintiff,

v.

WISCONSIN DEPARTMENT OF
REVENUE and RICHARD G. CHANDLER,
Secretary of Revenue,

            Defendants.

ORDER

17-cv-897-wmc

The court appreciates defendants' timely submission of requested information, but has follow-up questions as a result. Accordingly, unless the data is not maintained, defendants may have seven days to provide a breakdown of the following additional information:

(1) For all companies taxed under Chapter 76 in each year since 2008, the total amount of all taxes levied on (a) tangible personal property, (b) intangible personal property, (c) custom software, and (d) non-custom software;

(2) For all companies taxed in each year since 2008, if different from (1) above, the total amount of taxes levied on (a) tangible personal property, (b) intangible personal property, (c) custom software, and (d) non-custom software;

(3) For each category of taxpayer taxed under § 76.01 in each year since 2008, the amount of taxes levied on (a) tangible personal property, (b) intangible personal property, (c) custom software, and (d) non-custom software.

Entered this 20th day of February, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge