IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNION PACIFIC RAILROAD
COMPANY,

    Plaintiff,

v.                              Case No. 17-CV-00897

WISCONSIN DEPARTMENT OF
REVENUE, et al.,

    Defendants.

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Wisconsin Department of Revenue and Peter Barca, in his official capacity, appeal to the United States Court of Appeals for the Seventh Circuit from the Decision and Order entered by this Court on March 5, 2019, (Dkt. 53), the Order imposing a permanent injunction entered on March 21, 2019, (Dkt. 55), and the Judgment entered by this Court on March 22, 2019. (Dkt. 56.) A true and correct copy of the Decision and Order, Order, and the Judgment are being filed with this Notice of Appeal.

The counsel of record for Defendants on appeal will be Assistant Attorney General Brian P. Keenan. Assistant Attorney General

Jennifer L. Vandermeuse will also be serving as appellate counsel. The appropriate filing fee is being paid concurrent with this Notice of Appeal.

Dated this 19th day of April, 2019.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

Electronically signed by:

s/ Brian P. Keenan
BRIAN P. KEENAN
Assistant Attorney General
State Bar #1056525

JENNIFER L. VANDERMEUSE
Assistant Attorney General
State Bar #1070979

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020 (Keenan)
(608) 266-7741 (Vandermeuse)
(608) 267-2223 (Fax)
keenanbp@doj.state.wi.us
vandermeusejl@doj.state.wi.us